MINUTE ENTRY
KNOWLES, M.J.
SEPTEMBER 13, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STEVE GRANGER, IV** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-00477** |
| **BISSO MARINE, LLC, et al** | **SECTION "L" (3)** |

A settlement conference in the above matter was conducted this date.

PRESENT: Will Bland
Brant Cacamo
Richard Martin
Frank Lamothe, III
Trevor Cutaiar

A partial settlement has been reached. All of plaintiff's claims against Bisso Marine, LLC have been resolved and a dismissal can be issued as to those claims.

As to the plaintiff's claims against Bollinger Shipyards, LLC, settlement has not been reached. The undersigned will continue to communicate with the parties prior to trial.

_____
**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**

MJSTAR(2.00)