**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **STEVEN GRANGER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-477** |
| **BISSO MARINE, and BOLLINGER SHIPYARDS** | **SECTION "L" (3)** |

**JURY INTERROGATORIES**
**SEPTEMBER 29, 2016**

Please answer the following questions:

1. Do you find from a preponderance of the evidence that plaintiff experienced an accident aboard the LAY BARGE SUPER CHIEF on June 12, 2014?

Yes ✓ No ______

If you answered "NO" to Question 1, proceed to the end of this form and skip the remaining questions. Date the form, sign it, and return to the courtroom.
If you answered "YES" to Question 1, proceed to Question 2.

2. Do you find from a preponderance of the evidence that plaintiff was injured as a result of his accident?

Yes ✓ No ______

If you answered "NO" to Question 2, proceed to the end of this form and skip the remaining questions. Date the form, sign it, and return to the courtroom.
If you answered "YES" to Question 2, proceed to Question 3.

3. Do you find from a preponderance of the evidence that Bisso Marine, LLC was negligent and that such negligence was a legal, proximate cause of the injury to plaintiff?

Yes ✓ No ______

Proceed to Question 4.

4. Do you find from a preponderance of the evidence that Bollinger Shipyards, LLC was negligent and that such negligence was a legal, proximate cause of the injury to plaintiff?

Yes ✓ No ______

Proceed to Question 5.

5. Do you find from a preponderance of the evidence that Power Dynamics, LLC was negligent and that such negligence was a legal, proximate cause of the injury to plaintiff?

Yes ✓ No ______

Proceed to Question 6.

6. Do you find from a preponderance of the evidence that plaintiff, Steve Granger, was contributorily negligent and that his contributory negligence was a legal cause in whole or in part, of his injuries?

Yes ✓ No ______

Proceed to Question 7.

7. Expressed in a percentage, to what degree, if any, did the fault of each of the following contribute to Plaintiff Steve Granger's injuries?

| | |
|---|---|
| a) Bisso Marine, LLC | 60 % |
| b) Defendant Bollinger Shipyards, LLC | 15 % |
| c) Power Dynamics, LLC | 5 % |
| d) Plaintiff Steve Granger | 20 % |

(The total must equal 100%)

(If you find Defendant Bollinger Shipyards to be 0% at fault, please skip Question 8, date and sign the verdict form, and return to the courtroom. Otherwise, please proceed to Question 8.)

8. Without making any deductions for the percentage of fault, if any, that you have assigned to Plaintiff Steve Granger, please state what amount, if any, would fairly and adequately compensate Plaintiff Steve Granger for the following:

| | | |
|---|---|---|
| a) | Past and Future Pain and Suffering, Disability, Mental Anguish & Loss of Enjoyment of Life | $ 150,000.00 |
| b) | Past and Future Medical Expenses | $ 45,562.55 |
| c) | Past Loss of Earnings | $ 116,000.00 |
| d) | Future Loss of Earnings/ Loss of Earning Capacity | $ 431,927.00 |

(Please date and sign the verdict form and return to the courtroom.)

New Orleans, Louisiana, this 29th day of September, 2016.

Mary C. Pauley
JURY FOREPERSON