UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEVE GRANGER, IV | CIVIL ACTION NO: 2:15–cv-00477 |
| VERSUS | SECTION:   "L" (3) |
| BISSO MARINE, LLC and | JUDGE ELDON E. FALLON |
| BOLLINGER SHIPYARDS, LLC | MAGISTRATE DANIEL E. KNOWLES, III |

**JUDGMENT ON JURY VERDICT**

This action was tried by a jury, Judge Eldon E. Fallon presiding.  On September 29, 2016 the jury rendered its verdict as to Bollinger Shipyards, LLC.  (R. Doc. 149).

On January 5, 2017 the Clerk of Court for the United States District Court for the Eastern District of Louisiana issued its Bill of Costs.  (R. Doc. 164).

**It is ordered that:**

Plaintiff, Steve Granger, IV, recover from Bollinger Shipyards, LLC the total amount of $113,252.49.

New Orleans, Louisiana this  9th   day of January, 2017.

_____
Hon. Eldon E. Fallon, Judge